**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-02041-CMA-CBS

OTTER PRODUCTS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

AIMO WIRELESS, INC., a California corporation,

    Defendant.

**ORDER OF DISMISSAL WITH PREJUDICE**

The Court having reviewed the parties' Joint Motion to Dismiss (Doc. # 40) signed by the attorneys for the parties hereto, it is

ORDERED that the Motion is GRANTED and all claims by and against Plaintiff Otter Products, LLC, and Defendant AIMO Wireless, Inc., respectively, are DISMISSED WITH PREJUDICE.

    DATED:  April __04__, 2013

                                  BY THE COURT:

                                  _____
                                  CHRISTINE M. ARGUELLO
                                  United States District Court Judge